IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROKON MORRIS DIAHN,<br>    Petitioner<br><br>v.<br><br>CRAIG LOWE, in his official capacity,<br>As Acting Warden of the Pike<br>County Correctional Facility, *et al.*<br>    Respondents | No. 1:24cv1936<br><br>(Judge Munley)<br><br>(Chief Magistrate Judge Bloom) |

## ORDER

Before the court is a Report and Recommendation ("R&R") regarding Trokon Morris Diahn's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 17). Diahn has been in the custody of United States Immigration and Customs Enforcement since November 2023 and he seeks immediate release on his own recognizance or under parole, bond, or reasonable conditions of supervision. (Doc. 1 at 3, 24). In the alternative, Diahn seeks an immediate and constitutionally adequate bond hearing before an immigration judge. Id. at 24.

The R&R recommends that the petition be granted and that the court grant Diahn's alternative request for relief, i.e., an order directing the government to provide the petitioner with an individualized bond hearing before an immigration judge to determine whether continued detention is necessary. (Doc. 17 at 1, 10–

15). The R&R recommends that the court order this bond hearing within the next thirty (30) days. Id. at 15.

Pursuant to the Rules of Court for the Middle District of Pennsylvania, the parties had fourteen (14) days to object to the R&R. M.D.PA. L.R. 72.3. No objections to the R&R have been filed and the time for such filing has passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); Sullivan v. Cuyler, 723 F.2d 1077, 1085 (3d Cir. 1983).

After review, the court thus finds neither clear error on the face of the record nor a manifest injustice in Chief Magistrate Judge Bloom's analysis, and therefore, the court will accept the R&R and adopt it in its entirety.

It is thus hereby **ORDERED** as follows:

1) The R&R (Doc. 17) is **ADOPTED** in its entirety;

2) The petition for writ of habeas corpus, (Doc. 1), is **GRANTED**;

3) The government is directed to provide Petitioner Trokon Morris Diahn an individualized bond hearing no later than **August 27, 2025**; and

4) The Clerk of Court is directed to close this case.

Date: 7/28/25

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court