IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TROKON MORRIS DIAHN,<br>    Petitioner | :    No. 1:24cv1936<br>:<br>:    (Judge Munley) |
| v. | : |
| CRAIG LOWE, in his official capacity,<br>As Acting Warden of the Pike<br>County Correctional Facility, *et al.*<br>    Respondents | :<br>:<br>:<br>: |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 12th day of January 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Petitioner Trokon Morris Diahn's second motion to enforce the writ of habeas corpus, (Doc. 27), is **GRANTED**;

2) Diahn shall be released from all immigration detention and supervision with the exception of the $12,500 immigration bond ordered by the immigration judge ("IJ");

3) Specifically, respondents shall cease all supervision of Diahn under ISAP or any other program and remove the location tracker and GPS monitor placed on the petitioner, *i.e.*, the ankle monitor;

4) The government shall file a status report **on or before January 16, 2026** as to its compliance with this order; and

5) The Clerk of Court shall administratively close this case; but

6) The court retains continuing jurisdiction over this matter to enforce the writ of habeas corpus, including if the Attorney General of the United States, through the Board of Immigration Appeals, vacates the bond order issued by the IJ.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court